Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12939−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Audra Lunga
   32 Cambridge Ct
   Toms River, NJ 08757−4526

Social Security No.:
   xxx−xx−5702

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           6/8/22
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 11, 2022
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 22-12939-MBK
Audra Lunga                                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 132 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Audra Lunga, 32 Cambridge Ct, Toms River, NJ 08757-4526 |
| 519553693 | Berkeley Township Tax Collector, PO Box B, Bayville, NJ 08721-0287 |
| 519553697 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519553700 | NJ Natural Gas Co., 1415 Wyckoff Rd, Wall, NJ 07719 |
| 519553701 | Professional Account Management, LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519553702 | R & R Soheha, PO Box 9416, Trenton, NJ 08650-1416 |
| 519553708 | SUEZ Water Toms River, 69 Devoe Pl, Hackensack, NJ 07601-6105 |
| 519553706 | Silver Ridge Park Association, 979 Edgebrook Dr N, Toms River, NJ 08757-4532 |
| 519553711 | T-Mobile, 4524 Southlake Pkwy, Hoover, AL 35244-3270 |
| 519553712 | Township Of Berkeley MUA, 255 Atlantic City Blvd, Bayville, NJ 08721-1216 |
| 519553713 | US Bank Cust For PC7 Firstrst Bank, 50 S 16th St Ste 2050, Philadelphia, PA 19102-2516 |
| 519553714 | US Dept Ed, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 11 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519557719 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 11 2022 20:58:39 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519553692 | Email/Text: bsimmons@amsher.com | May 11 2022 20:51:00 | Amsher Collection Serv, 4524 Southlake Pkwy, Hoover, AL 35244-3270 |
| 519553694 | Email/Text: ebnnotifications@creditacceptance.com | May 11 2022 20:50:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 519553695 | Email/Text: ebnnotifications@creditacceptance.com | May 11 2022 20:50:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 519553696 | Email/Text: ECMCBKNotices@ecmc.org | May 11 2022 20:51:00 | ECMC, Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 519556877 | + Email/Text: bankruptcydpt@mcmcg.com | May 11 2022 20:51:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 519553699 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 11 2022 20:50:00 | NJ Ez Pass, 375 McCarter Hwy, Newark, NJ 07114-2562 |
| 519575084 | Email/Text: bnc-quantum@quantum3group.com | May 11 2022 20:51:00 | Quantum3 Group LLC as agent for, MOMA Trust |

Case 22-12939-MBK    Doc 16    Filed 05/13/22    Entered 05/14/22 00:16:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 132 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519559262 | + | Email/Text: enotifications@santanderconsumerusa.com | May 11 2022 20:51:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519553703 | | Email/Text: enotifications@santanderconsumerusa.com | May 11 2022 20:51:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519553704 | | Email/Text: enotifications@santanderconsumerusa.com | May 11 2022 20:51:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519553705 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 11 2022 20:52:00 | Select Portfolio Servicing, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |
| 519553707 | | Email/Text: Bankruptcy@ICSystem.com | May 11 2022 20:51:00 | Sprint, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519553709 | | Email/PDF: gecsedi@recoverycorp.com | May 11 2022 20:58:39 | Syncg/gap, PO Box 965005, Orlando, FL 32896-5005 |
| 519555274 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2022 20:58:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519553710 | | Email/PDF: gecsedi@recoverycorp.com | May 11 2022 20:58:33 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519567793 | + | Email/PDF: ebn_ais@aisinfo.com | May 11 2022 20:58:41 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519553698 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Audra Lunga bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3