UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
4 7 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

**Order Filed on March 18, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kelly M. Poesl

Debtor(s)

Case No.:  19-25759

Chapter:  13

Judge:  XX Stacey L. Meisel

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/12/2019  :

Property:  157 W. 4th Street Bayonne, NJ 07002

Creditor:  Wilmington Trust, NA

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  6/11/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2