| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC (AS5218)<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone: 973-737-9060 Fax: 973-619-0023<br>andrea@jc-lawpc.com<br>Attorney for Debtor | Order Filed on June 10, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   Kelly M Poesl,<br><br>                Debtor(s) | Case No.   19-25759<br><br>Chapter:   13<br><br>Hearing Date:   6/2/2020@ 2:30 p.m.<br><br>Judge: Hon. Stacey L. Meisel |

**REVISED ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 10, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Kelly M Poesl
Case No. 19-25759/SLM
Caption:  Revised Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered:

IT IS HEREBY, ORDERED, that Andrea Silverman, Esq., is allowed of fee of $4,236.00 for pre-confirmation services and $473.20 for disbursements for a total of $4,709.20.  The Debtor previously paid $5,390 outside the plan to Andrea Silverman, P.C. and said funds are held in Trust by Andrea Silverman, PC.  leaving a surplus of $680.80 remaining in Trust.  The remaining $680.80 balance in Trust shall be returned to the Debtor within 10 days of the entry of this order.

ORDERED, that Debtor's Plan payment shall remain unchanged.