UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Ste. 304
West Orange, NJ 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

Kelly M. Poesl,

          Debtor.

Case No.: _____ 19-25759 _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____ 2/23/2022 _____

Judge: _____ Stacey L. Meisel _____

## CERTIFICATION OF SERVICE

1.  I, _____ Nyrva Redmond _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Jenee K. Ciccarelli _____, who represents _____ the Debtor _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ February 16, 2022 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Order Shortening Tiime Period for Notice, Setting Hearing and Limiting Notice
    Motion to Avoid Lien
    Certification of Counsel
    Proposed Order

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____ February 16, 2022 _____

               /s/ Nyrva Redmond _____
               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF/Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax- (973)753-5353<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| O'Brien & Taylor<br>175 Fairfield Avenue<br>West Caldwell, NJ 07007 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax - (973) 226-5149<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kathleen R. Wall, Esq.<br>2640 Highway 70<br>Manasquan, NJ 08736 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax-(732)223-0290<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pellegrino & Feldstein, LLC<br>290 Route 46 West<br>Denville, NJ 07834 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax - (973) 586-2307<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LT Asset Recovery, LLC<br>c/o Pellegrino & Feldstein, LLC<br>290 Route 46 West<br>Denville, NJ 07834 | Judgment Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _Overnight_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alside, Inc.<br>c/o O'Brien & Taylor<br>175 Fairfield Avenue<br>West Caldwell, NJ 07007 | Judgment Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _Overnight_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amarr Garage Doors<br>c/o Kathleen R. Wall, Esq.<br>2640 Highway 70<br>Manasquan, NJ 08736 | Judgment Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _Overnight_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GMAC<br>c/o Psak & Associates<br>127 Union Ave.<br>Middlesex, NJ 08846 | Judgment Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _Overnight_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Palisades Collection, LLC<br>210 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | Judgment Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other _Overnight_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express Centurion Bank<br>200 Vessey St., 44th Floor<br>NY, NY 10285 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Mailing Matrix | Other Creditors/Interested Parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Label Matrix for local noticing
0312-2
Case 19-25759-SLM
District of New Jersey
Newark
Mon Jan  6 13:26:41 EST 2020

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102-3550


(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999




TFS Cust for Fig Cap Investments
c/O Suez Water
110 Oak Street
Bayonne, NJ 07002



UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973



Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Attorney
970 Broad St.
Room 502
Rodino Federal Bldg.
Newark, NJ 07102-2534

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250




The Bank of New York Mellon Trustee (See 410
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386



Jenee K. Ciccarelli
Ciccarelli Law, PC
47 Park Avenue, Suite 304
07052
West Orange, NJ 07052-5500

United States Trustee
Office of the United States Trustee
1085 Raymond Blvd.
One Newark Center
Suite 2100
Newark, NJ 07102-5235

Frenkel Lambert, Weiss, Weisman & Gordon
80 Maing Street, STe 460
West Orange, NJ 07052-5414


Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021




U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102-5235



Kelly M Poesl
157 W. 4th Street
Bayonne, NJ 07002-1179

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Bank of New York Mellon f/k/a The Bank       (u)Wilmington Trust, NA, successor trustee to       (du)Wilmington Trust, NA, successor trustee t

End of Label Matrix
Mailable recipients    15
Bypassed recipients     3
Total                  18